# OFFICE OF THE
# CHAPTER 13 STANDING TRUSTEE

### 7 Southwoods Boulevard, Albany, New York 12212

**Andrea E. Celli, Esq.**
**Trustee**
**Bonnie Baker, Esq.**
**Assoc. Attorney**

Telephone: (518) 449-2043
Facsimile: (518) 449-2473

For payments Only:
P.O Box 1918
Memphis, TN 38101-1918

May 2, 2011

Bankruptcy Court
James T. Foley U.S. Courthouse
445 Broadway, Suite 306
Albany, New York 12207

Re:   05-19388            Paula Popson

To Whom It May Concern:

Enclosed please find check #**922595** in the amount of $.77. Pursuant to the order
of confirmation, we have been collecting funds for a creditor in this case and have
attempted to distribute funds.  All attempts to contact and forward checks have been
unsuccessful. The creditor name and address as listed on the proof of claim is as follows:

Claim No.        7

Account#        6004662241269083

Creditor        Fashion Bug
                First Express
                POB 856021
                Louisville, KY 40285

**RECEIVED & FILED**

**MAY 0 3 2011**

**OFFICE OF THE BANKRUPTCY CLERK
ALBANY, NY**

Very truly yours,

*Cheryl Corning*

Cheryl Corning
Office of Andrea Celli